UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHING CHING CHENG, | Case No.: 26-cv-03481-AJB-JLB |
| Plaintiff, | **ORDER** |
| v. | (Doc. No. 9) |
| ERASCA, INC., et al., | |
| Defendants. | |

Before the Court is the Joint Motion Accepting Service, Staying Defendants' Response Deadline, and Setting Schedule for Further Proceedings filed by Plaintiff Ching Ching Cheng ("Cheng") and Defendants Erasca, Inc.; Jonathan Lim; and David Chacko (collectively, "Defendants"). (Doc. No. 9.)

Cheng initiated this action on June 10, 2026. (Doc. No. 1.) This matter is a putative securities fraud class action. (*Id.* ¶ 1.) Pursuant to 15 U.S.C. § 78u-4(a)(3)(A)(i)(I), a plaintiff in a private securities litigation matter must "cause to be published . . . a notice advising members of the purported plaintiff class" within 20 days of filing an action. A plaintiff may also move to serve as the lead plaintiff of the purported class within 60 days of filing the action. 15 U.S.C. § 78u-4(a)(3)(A)(i)(II).

1

At some point between June 10, 2026, and June 22, 2026, Defendants agreed to waive service. (Doc. No. 9 at 2.) Defendants' deadline to submit a responsive filing is accordingly extended to 60 days after Cheng sent Defendants requests to waive service. *See* Fed. R. Civ. P. 4(d)(3).[1]

The parties appear to anticipate that additional actions may be filed based on the same underlying facts as the present matter and that such additional actions may then be consolidated with this matter. (*See* Doc. No. 9 at 2) The parties additionally anticipate that motions for appointment of lead plaintiff and lead counsel will be filed on or before August 10, 2026. (*See id.*) The lead plaintiff may subsequently seek to file an amended complaint. (*See id.* at 2–3.) Under these circumstances, the parties indicate that judicial efficiency and economy warrant a stay of Defendants' deadline to respond to the Complaint.

The Court agrees. Good cause appearing, the Court **GRANTS IN PART** the joint motion. (*See generally id.*) However, the Court is not inclined to grant an indefinite stay. Instead, Defendants' deadline to submit a responsive filing is **CONTINUED** to **August 31, 2026**. The parties may seek another continuance if a motion to consolidate or a motion for appointment is filed.[2]

**IT IS SO ORDERED**.

Dated:  June 24, 2026

Hon. Anthony J. Battaglia
United States District Judge

---

[1]    The parties do not indicate when Cheng sent Defendants requests to waive service. (*See generally* Doc. No. 9.) It is consequently unclear when Defendants' must submit a responsive filing.

[2]    The Court notes that the present motion does not comply with Chambers Rules. *See* J. Battaglia Civ. Case Proc. § IV.C. Accordingly, the Court admonishes counsel to review the undersigned's Civil Case Procedures. Future filings must comply with the Court's requirements.