UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

IN RE ERASCA, INC. CLASS ACTION SECURITIES LITIGATION

Case No.: 26-cv-03481-AJB-JLB

**ORDER GRANTING IN PART MOTION TO CONTINUE LEAD PLAINTIFFS' DEADLINE TO FILE THE AMENDED COMPLAINT**

(Doc. No. 22)

Before the Court is the Motion to Continue Lead Plaintiffs' Deadline to File the Amended Complaint. (Doc. No. 22.) For the following reasons, the motion is **GRANTED IN PART**.

On June 10, 2026, Lead Plaintiffs' Counsel Block & Leviton LLP initiated this action on behalf of Plaintiff Ching Ching Cheng ("Cheng"). (Doc. No. 1.) The parties subsequently asked the Court to stay the deadline for Defendants Erasca, Inc.; Jonathan Lim; and David Chacko (collectively, "Defendants") to respond to the complaint because Cheng and Defendants anticipated that an amended complaint could be filed in the future. (Doc. No. 9.) The Court continued Defendants' deadline to submit a responsive filing to August 31, 2026. (Doc. No. 10.)

On August 10, 2026, Block & Leviton filed a motion to appoint William and Maria Thornhill (collectively, the "Thornhills") as lead plaintiffs and Block & Leviton as lead plaintiffs' counsel. (Doc. No. 11.) On the same day, David Younglove ("Younglove") filed a competing motion. (Doc. No. 12.) On August 27, 2026, Younglove indicated that he did not oppose the Thornhills' motion. (Doc. No. 19.) No other party moved for appointment as lead plaintiff.

In the intervening time, Cheng and Defendants asked the Court to continue Defendants' deadline to submit a responsive filing until after the Court appointed a lead plaintiff and lead plaintiff's counsel. (Doc. No. 14.) The Court granted the motion in part, continuing Defendants' responsive filing deadline to December 7, 2026. (Doc. No. 18.)

On October 20, 2026, the Court granted the Thornhills' motion for appointment as lead plaintiffs. (Doc. No. 21 at 7.) The Court simultaneously ordered the Thornhills to file an amended complaint by November 3, 2026. (*Id.*)

The Thornhills now ask for a two-week continuance of their deadline to file an amended complaint to November 17, 2026. (Doc. No. 22.) The Thornhills indicate that the continuance is necessary "due to the time required to investigate complex claims under the federal securities laws." (*Id.*)

Defendants oppose the Thornhills' motion, asserting that good cause does not exist because the Thornhills have had two months to investigate their claims after Younglove stated his non-opposition to the Thornhills' motion for appointment as lead plaintiffs. (Doc. No. 24.) Defendants indicated that they initially informed Block & Leviton that Defendants "would not oppose a one-week courtesy extension." (*Id.*) Defendants add that if the Court grants the Thornhills' motion in whole or in part, "Defendants would respectfully request a corresponding increase in Defendants' time to respond, which Plaintiffs have indicated they do not oppose." (*Id.*)

Defendants raise a valid point. Considering the lack of opposition, the Thornhills could have reasonably anticipated that they would be appointed lead plaintiffs and Block & Leviton could have reasonably anticipated that it would be appointed lead plaintiffs'

counsel. The Thornhills do not acknowledge that they thus could have begun investigating their claims as early as August 27, 2026. (*See generally* Doc. No. 22.)[1] In turn, the Thornhills do not address why they need an additional two weeks to complete their investigation. (*See generally* Doc. No. 22.)

Under these circumstances, the Court is not inclined to grant the Thornhills the requested two-week continuance. The Court will nevertheless grant the Thornhills a one-week continuance. The Court will also grant Defendants a corresponding one-week continuance.

Accordingly, the Thornhills' motion is **GRANTED IN PART**. (*Id.*) The Court further **ORDERS**:

1. On or before **November 10, 2026**, the Thornhills must file an amended complaint.

2. On or before **December 14, 2026**, Defendants must submit a responsive filing to the amended complaint.

**IT IS SO ORDERED**.

Dated: November 2, 2026

Hon. Anthony J. Battaglia
United States District Judge

---

1 In fact, given that Block & Leviton initiated this action on behalf of Cheng in June 2026, it appears that Lead Plaintiffs' Counsel has had nearly five months to conduct any investigation it saw fit. (*See* Doc. No. 1.)